**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FAHMIA, Inc., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MUFG AMERICAS HOLDING CO.; MUFG UNION BANK, N.A.; and DOES 1 through 100,<br><br>　　　　　　　　　　　Defendants. | 1:20-cv-4145 (JSR)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO FILE UNDER SEAL** |

Having considered Defendants MUFG Americas Holding Corporation and MUFG Union Bank, N.A.'s application during the telephonic conference held on July 10, 2020 to file specific documents identifying personal information relating to third party borrowers under seal in connection with their Supplemental Memorandum of Law in Support of their Motion to Dismiss for Lack of Subject Matter Jurisdiction, and for good cause shown:

IT IS HEREBY ORDERED that

(1)　The application is granted.

(2)　Defendants SHALL FILE A REDACTED VERSION of their Supplemental Memorandum of Law in Support of their Motion to Dismiss for Lack of Subject Matter Jurisdiction, the Declaration of Kirsten Hakes, the Declaration of Ernesto Ibarra, and the Declaration of Ashley M. Simonsen and Exhibit 1 thereto ELECTRONICALLY on the public docket; and

(3)     Defendants SHALL FILE UNDER SEAL VIA ECF AN UNREDACTED VERSION of their Supplemental Memorandum of Law in Support of their Motion to Dismiss for Lack of Subject Matter Jurisdiction, the Declaration of Kirsten Hakes, the Declaration of Ernesto Ibarra, and the Declaration of Ashley M. Simonsen and Exhibit 1 thereto following entry of this order.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York

        7/13, 2020